The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAUL VALDEZ,<br><br>　　　　Defendant. | No. CR23-5114 BHS<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE SENTENCING |

This matter comes before the Court on a motion by Defendant, Saul Valdez, to continue the sentencing hearing in this matter. The Government, by AUSA Kristine Foerster, stipulates to the continuance. The Court, having considered the facts set forth in the motion to continue, and finding good cause based on those facts, GRANTS the motion. Mr. Valdez's sentencing hearing is hereby rescheduled to May 6th, 2024 at 2:30 p.m.

DONE this 20th day of February, 2024.

_____
The Honorable Benjamin H. Settle
United States District Judge

ORDER GRANTING STIPULATED MOTION TO
CONTINUE SENTENCING
(*Saul Valdez*; CR23-5114 BHS) - 1

**Black & Askerov, PLLC**
705 Second Avenue, Suite 1111
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401

Presented by:

BLACK & ASKEROV, PLLC

<u>s/ Christopher Black</u>
Christopher Black
Attorney for Saul Valdez

ORDER GRANTING STIPULATED MOTION TO CONTINUE SENTENCING
(*Saul Valdez*; CR23-5114 BHS) - 2

**Black & Askerov, PLLC**
705 Second Avenue, Suite 1111
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401